**GAS AGGREGATION SERVICES, INC., Plaintiff—Appellant,**

v.

**HOWARD AVISTA ENERGY, LLC; Howard Energy Marketing, Inc.; Defendants—Appellees,**

**Thomas A. Foster; Movant Below,**

**Howard Avista Energy, LLC; Third Party Plaintiff.**

**Manjit Bajwa, Third Party Defendant.**

**No. 05–3399.**

United States Court of Appeals, Eighth Circuit.

Submitted June 12, 2006.

Filed: June 21, 2006.

Richard I. Diamond, Richard I. Diamond, P.A., Minnetonka, MN, for Plaintiff—Appellant.

Brian A. McAleenan, Thomas K. Cauley, Jr., Sidley & Austin, Chicago, IL, Seth M. Colton, Lommen & Nelson, Minneapolis, MN, for Defendants—Appellees and Third Party Plaintiff.

Robert T. Scott, Thomas A. Foster & Associates, Ltd., Minneapolis, MN, for Movant Below.

Patrick D. Robben, Rider & Bennett, Minneapolis, MN, for Third Party Defendant.

Jesse H. Kibort, Richard I. Diamond, P.A., Minnetonka, MN, for Plaintiff—Appellant and Third Party Defendant.

Before BYE, LAY, and RILEY, Circuit Judges.

PER CURIAM.

Gas Aggregation Services, Inc., appeals the district court's [1] order granting Howard Avista Energy, LLC, and Howard Energy Marketing, LLC's motion to alter or amend the district court's earlier judgment awarding pre-judgment interest on an award for loss of business damages. The district court has provided a comprehensive and well-reasoned opinion addressing the issues raised by the parties, and we have nothing to add to the analysis. Accordingly, we affirm the judgment of the district court for the reasons stated in its memorandum opinion. *See* 8th Cir. R. 47B.

---

1. The Honorable Davis S. Doty, United States District Judge for the District of Minnesota.